**FILED**
March 27, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MELISSA TORRES, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:14-mj-00071-DAD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Melissa Torres</u>; Case <u>2:14-mj-00071-DAD</u> from custody and for the following reasons:

    _\_\_    Release on Personal Recognizance

    _\_\_    Bail Posted in the Sum of _____

    **X**    Unsecured Appearance Bond in the amount of <u>$100,000.00</u>; cosigned by defendant's grandmother Armida Leon

    _\_\_    Appearance Bond with 10% Deposit

    _\_\_    Appearance Bond secured by Real Property

    _\_\_    Corporate Surety Bail Bond

    **X**    (Other) <u>Pretrial Supervision/Conditions</u>

Issued at   <u>Sacramento, CA</u>   on   <u>3/27/2014</u>   at   2:55 pm.

By _____
Kendall J. Newman
United States Magistrate Judge