JOHN R. MANNING
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
MELISSA TORRES

IN THE UNITED STATES MAGISTRATE COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14 CR 097 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| MELISSA TORRES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Melissa Torres, by and through her attorney, John R. Manning, Esq., and the United States of America, by and through its counsel, Christiaan Highsmith, and Pretrial Services, hereby jointly agree and stipulate to amend defendant's conditions of release as follows:

"You shall participate in the substance abuse treatment program at 611 East Bellmont Avenue, Fresno, California, and comply with all the rules and regulations of the program. You shall remain at the Westcare inpatient facility until released by the pretrial services officer.  A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing."

Accordingly, all parties and Ms. Torres agree with the proposed

1

1  modification(s) articulated herein.

2

3  Dated: April 7, 2014                    Respectfully submitted,

4                                          /s/John R. Manning
                                           JOHN R. MANNING
5                                          Attorney for Defendant
                                           Melissa Torres
6

7  Dated: April 7, 2014                    Benjamin B. Wagner
                                           United States Attorney
8
                                      by:  /s/ Christiaan Highsmith
9                                          CHRISTIANN HIGHSMITH
                                           Assistant U.S. Attorney
10

11 IT IS SO ORDERED.

12
   Dated:  April 8, 2014
13
                                           _____
14                                         CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE
15

2