JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00097-MCE-1 |
| Plaintiff, | DEFENDANT'S WAIVER OF APPEARANCE |
| v. | |
| MELISSA TORRES, | Judge: Honorable Morrison C. England, Jr. |
| Defendant. | |

    Pursuant to Fed.R.Crim.P. 43, defendant, MELISSA TORRES, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

1

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays without her personal appearance.

Dated:  5/1/14

      /s/  Melissa Torres
MELISSA TORRES
(Original retained by attorney)

I concur in Melissa Torres' decision to waive her presence at future proceedings.

Dated:  5/1/14                                        Respectfully submitted,


      /s/  John R. Manning
JOHN R. MANNING
Attorney at Law
Attorney for Defendant
MELISSA TORRES

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT