JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TORRES et al.,<br><br>　　　　Defendants. | No. CR-S-14-097 MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:　March 26, 2015<br>Time:　9:00 a.m.<br>Judge:　Honorable Morrison C. England, Jr. |

　　　The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Melissa Torres, John R. Manning, Esq., counsel for defendant Sally Evans, James R. Greiner, Esq., and counsel for defendant Jorge Magana, Philip Cozens, Esq., hereby stipulate the following (counsel for Mr. Torres has indicated Mr. Torres would like to remain on the court's 1/15/15 calendar for a change of plea hearing):

　　1. By previous order, this matter was set for status conference on January 15, 2015.

　　2. By this stipulation, defendants now moves to continue the status conference until March 26, 2015 and to exclude time between January 15, 2015 and March 26, 2015 under the Local Code T-4 (to allow defense counsel time to prepare).

1

3. The parties agree and stipulate, and request the Court find the following:

   a. Currently, the government has provided in excess of 150 pages of discovery as well as 20 DVDs with video.

   b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 15, 2015, to March 26, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 7, 2015              /s/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Melissa Torres

Dated:  January 7, 2015              /s/ James R. Greiner
                                     JAMES R. GREINER
                                     Attorney for Defendant
                                     Sally Evans

Dated:  January 8, 2015              /s/ Philip Cozens
                                     PHILIP COZENS
                                     Attorney for Defendant
                                     Jorge Magana

Dated: January 7, 2015               Benjamin B. Wagner
                                     United States Attorney

                                     by:/s/  Christiaan Highsmith
                                     CHRISTIAAN HIGHSMITH
                                     Assistant U.S. Attorney

   IT IS SO ORDERED.

DATED: January 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT