```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA TORRES, and<br>SALLY EVANS,<br><br>    Defendants. | No. CR-S-14-097 MCE<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS<br><br>Date:   April 23, 2015<br>Time:  9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Melissa Torres, John R. Manning, Esq., and counsel for defendant Sally Evans, James R. Greiner, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on March 26, 2015.

2. By this stipulation, defendants Melissa Torres and Sally Evans now move to continue the status conference until April 23, 2015 and to exclude time between March 26, 2015 and April 23, 2015 under the Local Code T-4 (to allow defense counsel time to prepare).  Defendant Jorge Magana wishes to remain on the calendar.

3. The parties agree and stipulate, and request the Court find the following:

a. Currently, the government has provided in excess of 150 pages of discovery as well as 20 DVDs with video.

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Additionally, the government has made preliminary offers to resolve the matters. Counsel for these defendants need additional time to review the offer(s), review the relevant guideline sections and discuss the offer(s) with their clients.

c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 26, 2015, to April 23, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 19, 2015                    /s/ John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               Melissa Torres

Dated:  March 19, 2015                    /s/ James R. Greiner
                                               JAMES R. GREINER
                                               Attorney for Defendant
                                               Sally Evans

Dated: March 19, 2015                     Benjamin B. Wagner
                                               United States Attorney

                                               by:/s/  Christiaan Highsmith
                                               CHRISTIAAN HIGHSMITH
                                               Assistant U.S. Attorney


**ORDER**

       IT IS SO ORDERED.

Dated:  March 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT