1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, # 204
   Sacramento, CA. 95814
3  (916) 444-3994
   Fax (916) 447-0931
4
5  Attorney for Defendant
   MELISSSA TORRES

6              IN THE UNITED STATES MAGISTRATE COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   No. CR-S-14-097 MCE
                                       )
10         Plaintiff,                  )
                                       )
11                                     )   STIPULATION AND PROPOSED ORDER
                                       )   MODIFYING CONDITIONS OF RELEASE
12  v.                                 )
                                       )
13  MELISSA TORRES,                    )
                                       )
14         Defendant.                  )
                                       )
15                                     )
                                       )
16                                     )
   _____
17

18         Melissa Torres, by and through her attorney, John R. Manning, Esq., and the United

19  States of America, by and through its counsel, Christiaan Highsmith, and Pretrial Services,

20  hereby jointly agree and stipulate to amend and modify defendant's special condition number 10

21  as follows:

22

23         *"You shall refrain from **excessive** use of alcohol or any use of a narcotic drug or other*

24  *controlled substance without a prescription by a licensed medical practitioner; and you shall*

25  *notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal*

26  *marijuana, prescribed or not, may not be used."*

27

28         The parties request the language presently contained in defendant's special condition

   number 10 ("You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other

                                         1

controlled substance without a prescription by a licensed medical practitioner; and you shall

notify Pretrial Services immediately of any prescribed medication(s). However, medicinal

marijuana, prescribed or not, may not be used") be struck and replaced by the requested

modification.

       Accordingly, all parties and Ms. Torres agree with the proposed modification(s)

articulated herein.

                                    Respectfully submitted,

Dated:  July 7, 2015                  /s/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Melissa Torres

Dated:  July 7, 2015                  /s/ Christiaan Highsmith
                                     CHRISTIANN HIGHSMITH
                                     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  July 7, 2015

                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE