JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA TORRES,<br><br>    Defendant. | ) No. CR-S-14-097 MCE<br>)<br>)<br>) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) FINDINGS<br>)<br>) Date:   September 3, 2015<br>) Time:   9:00 a.m.<br>) Judge:  Honorable Morrison C. England, Jr.<br>)<br>)<br>) |

   The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Melissa Torres, John R. Manning, Esq., hereby stipulate the following:

   1.   This matter is set for jury trial on November 9, 2015, with a TCH on October 8, 2015. By previous order of the court, this matter was set for status conference regarding trial on August 6, 2015.

   2.   By this stipulation, defendant Melissa Torres now moves to continue the status conference and set the matter for change of plea on September 3, 2015 and exclude time between August 6, 2015 and September 3, 2015 under the Local Code T-4 (to allow defense counsel time to prepare).

1

3. The parties further stipulate the presently set TCH on October 8, 2015 and the presently set jury trial date of November 9, 2015, should be vacated in light of the requested change of plea hearing.

4. The parties agree and stipulate, and request the Court find the following:

   a. Currently, the government has provided in excess of 150 pages of discovery as well as 20 DVDs with video.

   b. Counsel for the defendant needs additional time to meet with the defendant and review the plea agreement and discuss, in detail, the conditions and consequences contained therein.  Counsel further needs additional time to meet with the sentencing expert appointed by the court in this matter to review, evaluate and perhaps, counter, the plea agreement provided by the government.

   c. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 6, 2015, to September 3, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 4, 2015          /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Melissa Torres

Dated: August 4, 2015          Benjamin B. Wagner
                               United States Attorney

                               by:/s/ Christiaan Hightsmith
                               CHRISTIAAN HIGHSMITH
                               Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT