JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> MELISSA TORRES, </br></br> Defendant. | ) No. CR-S-14-097 MCE </br> ) </br> ) STIPULATION AND ORDER </br> ) CONTINUING JUDGMENT </br> ) SENTENCING </br> ) </br> ) Date:  January 28, 2016 </br> ) Time:  9:00 a.m. </br> ) Judge: Honorable Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 10, 2015. Counsel for the parties request the date for judgment and sentencing be continued to January 28, 2016 at 9:00 a.m.  Assistant U.S. Attorney Christiaan Highsmith and United States Probation have been advised of this request and have no objection.  The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **1/28/16** |
| Reply, or Statement of Non-Opposition: | 1/21/16 |
| Motion for Correction of the Presentence Report </br> Shall be filed with the Court and served on the </br> Probation Officer and opposing counsel no later than: | 1/14/16 |

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/7/16 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 12/31/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/17/15 |

IT IS SO STIPULATED.

Dated:  November 3, 2015                  /s/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Melissa Torres


Dated: November 3, 2015                   Benjamin B. Wagner
                                          United States Attorney

                                          by:/s/  Christiaan Highsmith
                                          CHRISTIAAN HIGHSMITH
                                          Assistant U.S. Attorney

**ORDER**

   IT IS SO ORDERED.

DATED:  November 10, 2015

                                          _____
                                          MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT