JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MELISSSA TORRES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELISSA TORRES and
SALLY EVANS,

    Defendants.

No. CR-S-14-097 MCE

STIPULATION AND
ORDER CONTINUING JUDGMENT
SENTENCING

Date:  February 11, 2016
Time:  9:00 a.m.
Judge: Honorable Morrison C. England, Jr.

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 4, 2016. Counsel for the parties request the date for judgment and sentencing be continued to February 11, 2016 at 9:00 a.m. Assistant U.S. Attorney Christiaan Highsmith and United States Probation have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**              2/11/16

Reply, or Statement of Non-Opposition:         n/a

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the

1

|   |   |
|---|---|
| Probation Officer and opposing counsel no later than: | n/a |

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                     n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:                                              n/a

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                     n/a

IT IS SO STIPULATED.

Dated:  February 1, 2016           /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Melissa Torres

Dated:  February 1, 2016           /s/  James R. Greiner
                                                JAMES R. GREINER
                                                Attorney for Defendant
                                                Sally Evans

Dated: February 1, 2016            Benjamin B. Wagner
                                                United States Attorney

                                                by: /s/  Christiaan Highsmith
                                                CHRISTIAAN HIGHSMITH
                                                Assistant U.S. Attorney

**ORDER**

   IT IS SO ORDERED.

Dated:  February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT